No. 10–1450. SONIC-CALABASAS A, INC. *v.* MORENO. Sup. Ct. Cal. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *AT&T Mobility LLC* v. *Concepcion,* 563 U. S. 333 (2011).

No. 10–1499. L. PERRIGO CO. *v.* GAETA ET UX., INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR A. G., A MINOR. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *PLIVA, Inc.* v. *Mensing,* 564 U. S. 604 (2011).

No. 11–5942. MUHAMMAD *v.* SAPP ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*